IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. NO. 4:12CR00014-021  SWW | |
| ASHTON WARNER | DEFENDANT |

### ORDER

The above entitled cause came on for hearing April 25, 2017 and concluded April 26, 2017 on government's petition to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the evidence, testimony and statements on the record, the Court found that defendant has violated the conditions of probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the probation previously granted this defendant, be, and it is hereby **revoked, granting government's motion [doc #740].**

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **ELEVEN (11) MONTHS** in the custody of the Bureau of Prisons. The Court recommends that defendant's serious health issues be evaluated and treated. The Court also recommends that defendant participate in residential substance abuse treatment during incarceration.

There will be **NO** supervised release to follow.

The defendant is remanded to the custody of the U. S. Marshal.

IT IS SO ORDERED this 26th day of April 2017.

/s/Susan Webber Wright
United States District Judge